[No. 16819-7-II.     Division Two.     April 19, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD MAC BOGGS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 92-1-00154-2, Leonard W. Costello, J., entered

January 20, 1993. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Bridgewater and Fleisher, JJ.